FILED
Oct 08 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

v.

Shuli Zhao,

    Defendant<< (s) >>.

Case No. 3:21-mj-71545 MAG-1

Charging District's Case Number: 18-cr-477

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of Illinois. The defendant may need an interpreter for this language: Mandarin.

The defendant is:

    ( ) will obtain an attorney.

    (X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, Shuli Zhao, forthwith, together with a copy of this order, to the charging district, Northern District of Illinois, and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 10/8/2021

_____
Thomas S. Hixson
United States Magistrate Judge